# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**907**

**CA 12-00603**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, LINDLEY, AND MARTOCHE, JJ.

---

CENTRAL CITY ROOFING CO., INC.,
PLAINTIFF-RESPONDENT,

V                                                                                    ORDER

ALTMAR-PARISH-WILLIAMSTOWN CENTRAL SCHOOL
DISTRICT AND BOARD OF EDUCATION OF
ALTMAR-PARISH-WILLIAMSTOWN CENTRAL SCHOOL
DISTRICT, DEFENDANTS-APPELLANTS,
ET AL., DEFENDANT.

---

FERRARA, FIORENZA, LARRISON, BARRETT & REITZ, P.C., EAST SYRACUSE
(CHARLES E. SYMONS OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

D'ARRIGO & COTE, LIVERPOOL (ROBERT M. COTE OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, J.), entered June 30, 2011. The order granted the cross motions of plaintiff for leave to serve a late notice of claim and to amend the complaint, and denied as moot the motions of defendants Altmar-Parish-Williamstown Central School District and Board of Education of Altmar-Parish-Williamstown Central School District to dismiss the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: October 5, 2012                                    Frances E. Cafarell
                                                           Clerk of the Court